**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-6392**

_____

JUAN RODRIGUEZ,

              Petitioner - Appellant,

        v.

ANTHONY PADULA, Warden Lee Correctional Institution,

              Respondent - Appellee.

_____

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  R. Bryan Harwell, District Judge.
(0:11-cv-01297-RBH)

_____

Submitted:  September 11, 2012      Decided:  September 28, 2012

_____

Before SHEDD, KEENAN, and WYNN, Circuit Judges.

_____

Vacated and remanded by unpublished per curiam opinion.

_____

Jeremy A. Thompson, LAW OFFICE OF JEREMY A. THOMPSON, LLC,
Columbia, South Carolina, for Appellant.  Melody Jane Brown,
Assistant Attorney General, Donald John Zelenka, Deputy
Assistant Attorney General, Columbia, South Carolina, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Juan Rodriguez seeks to appeal the district court's order adopting in part the magistrate judge's recommendation and denying relief on his 28 U.S.C. § 2254 (2006) petition.

The district court ruled that Rodriguez's claim under Roe v. Flores-Ortega, 528 U.S. 470 (2000), was procedurally barred from federal habeas review and that "[a]ny alleged error by PCR counsel [was] insufficient to serve as cause to excuse [the] default as Petitioner does not have a constitutional right to PCR counsel." We grant a certificate of appealability on the issue of whether the district court erred in its procedural default rulings, vacate the rulings, and remand to the district court for reconsideration in light of Martinez v. Ryan, 132 S. Ct. 1309 (2012). We grant leave to proceed in forma pauperis.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

VACATED AND REMANDED

2